PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
B.501-505

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF NORTH CAROLINA (DURHAM)

In re                                                                    Bk. No. 11-80461

Barry Wayne Buchanan
and Louise P. Buchanan                                    Chapter 13

      Debtors.                                           REQUEST FOR SPECIAL NOTICE
_____/

      IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant BAC Home Loans Servicing, LP, its assignees and/or successors in interest, is entitled to service or notice, also be sent to the agent for BAC Home Loans Servicing, LP, its assignees and/or successors in interest, addressed as follows:

              PROBER & RAPHAEL, A LAW CORPORATION
                  20750 Ventura Boulevard, Suite 100
                    Woodland Hills, California 91364

Dated: April 6, 2011        By /s/ Dean R. Prober
                                      DEAN R. PROBER, ESQ., CA BAR # 106207
                                As Agent for BAC Home Loans Servicing, LP

1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Danielle Seth-Hunter, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On April 7, 2011, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Barry Wayne Buchanan
Louise P. Buchanan
1829 Front Street, Apt. F-10
Durham, NC 27705
Debtors

John T. Orcutt, Esquire
6616-203 Six Forks Road
Raleigh, NC 27615
Attorney for Debtors

Richard M. Hutson, II
302 East Pettigrew Street, Suite B-140
P. O. Box 3613
Durham, NC 27702
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 7, 2011, at Woodland Hills, California.

*/s/ Danielle Seth-Hunter*