IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| BARRY WAYNE BUCHANAN | ) | CASE NO. 11-80461 |
| LOUISE P. BUCHANAN | ) | |
| SSN: xxx-xx-5740 | ) | CHAPTER 13 |
| SSN: xxx-xx-2583 | ) | |
| DEBTORS | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE

    Joseph J. Vonnegut, of The Law Firm of Hutchens, Senter & Britton, P.A., does herewith give notice of his appearance in the above-styled matter as attorney for BAC Home Loans Servicing, LP.

    Please mail all Notices and other documents required to be served upon creditors to the undersigned at the following address:

| | | |
|---|---|---|
| **BAC Home Loans Servicing, LP** | **BAC Home Loans Servicing, LP** | Joseph J. Vonnegut |
| c/o Joseph J. Vonnegut | represented by: | 4317 Ramsey Street |
| Bankruptcy Department | | P.O. Box 2505 |
| P.O. Box 2505 | | Fayetteville, NC 28302 |
| Fayetteville, NC 28302 | | 910-864-2668 |
| | | 910-864-6177 (fax) |
| | | hsbbkydept@hutchensandsenter.com |

This, the 13th day of May, 2011.

                      THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.

                BY: s:/Joseph J. Vonnegut
                      Joseph J. Vonnegut
                      Attorney for Movant
                      4317 Ramsey Street
                      Post Office Box 2505
                      Fayetteville, NC 28302
                      (910) 864-2668
                      State Bar No. 32974

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this date this paper was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

Attorney for Debtors:
John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC  27615

Richard M. Hutson, II
Chapter 13 Trustee
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC  27702

      This, the 13th day of May, 2011.

                      THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.

                        BY:  s:/Joseph J. Vonnegut
                              Joseph J. Vonnegut
                              Attorney for Movant
                              4317 Ramsey Street
                              Post Office Box 2505
                              Fayetteville, NC 28302
                              (910) 864-2668
                              State Bar No. 32974